UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOUGLAS B. WALKER and <br> LISA WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> BACOU-DALLOZ FALL <br> PROTECTION, INC., et al., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:04-CV-423 <br> ) (Shirley) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc.11].

The defendants move to amend their answer. [Doc. 15]. The plaintiffs have no opposition to the amendment. For good cause shown, the defendants' Motion to Amend Answer [Doc. 15] is **GRANTED**. Pursuant to Local Rule 15.1, the defendants are hereby **DIRECTED** to file a restated amended answer within ten (10) days of the entry of this Order.

**IT IS SO ORDERED.**

              **ENTER:**

              s/ C. Clifford Shirley, Jr.
              United States Magistrate Judge