# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| DOUGLAS B. WALKER and<br>LISA WALKER,<br><br>    Plaintiffs,<br><br>v.<br><br>BACOU DALLOZ FALL PROTECTION,<br>INC., ET AL.<br><br>    Defendants. | No. 3:04-CV-00423 |

## AGREED ORDER EXTENDING DEADLINES AND ADJUSTING SCHEDULING ORDER

Upon the Joint Motion of the Plaintiffs and the Defendants and for good cause unto the Court shown, it is hereby ORDERED that the deadlines for the Plaintiffs and Defendants to identify experts; the deadline for filing of dispositive motions, and the deadline for motions to compel are hereby extended to be reset at a subsequent scheduling conference to be scheduled once Tennessee Valley Authority has filed a responsive pleading, at which time a new or amended scheduling order will be entered addressing and setting deadlines and rescheduling the trial date.

ENTER this _____ day of _____, 2006.

                                              s/ C. Clifford Shirley, Jr.
                                              C. Clifford Shirley, Magistrate Judge

1

APPROVED FOR ENTRY:

ARNETT, DRAPER & HAGOOD


By: s/Samuel C. Doak
    Samuel C. Doak, BPR # 013213


    s/R. Kim Burnette
    R. Kim Burnette, BPR # 011428
    Attorneys for Defendants


Arnett, Draper & Hagood
P.O. Box 300
Knoxville, TN 37901-0300
865/546-7000



DANIEL, PEMBERTON, SCOTT & SCOTT, PLLC

By: s/Michael S. Pemberton
    Michael S. Pemberton, BPR # 011095
    Attorneys for Plaintiffs

Daniel, Pemberton, Scott & Scott, PLLC
9539 Kingston Pike
Knoxville, TN 37922
(865) 531-3000