## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| DOUGLAS B. WALKER and<br>LISA WALKER, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | NO.  3:04-CV-423 |
| | ) | (Shirley) |
| | ) | |
| BACOU-DALLOZ FALL | ) | |
| PROTECTION, INC., A/K/A DALLOZ | ) | |
| FALL PROTECTION, A/K/A MILLER | ) | |
| FALL PROTECTION; AND | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER OF DISMISSAL

Come the Plaintiff's Douglas B. Walker and wife, Lisa Walker and the Defendants

Bacou-Dalloz Fall Protection, Inc. a/k/a Dalloz Fall Protection, a/k/a Miller Fall Protection and

Tennessee Valley Authority, by and through counsel, pursuant to Fed. R. Civ. P. 41 and

announce to the court that all parties are in agreement as evidenced by counsel's signatures below

that the cause of action of Plaintiffs as against all Defendants should be dismissed upon the

merits with prejudice to the re-bringing of the same and that all parties are to be responsible for

their own litigation costs and expenses.

It is, therefore, ORDERED that the Plaintiff's claims against all Defendants are hereby

dismissed upon the merits with prejudice to the re-bringing of the same. It is further ORDERED

that all parties shall be responsible for their own respective litigation costs and expenses related to the claims hereby dismissed.

      ENTERED this the ___ day of _____, 2007.

                              _ s/ C. Clifford Shirley, Jr.___
                              C. Clifford Shirley,
                              United States Magistrate Judge

      **Approved For Entry:**

ARNETT, DRAPER & HAGOOD

By:     s/Samuel C. Doak
        Samuel C. Doak, BPR # 013213
        P.O. Box 300
        Knoxville, TN 37901-0300
        (865) 546-7000
        **Attorneys for Defendants Bacou-Dalloz**

DANIEL, PEMBERTON, SCOTT & SCOTT, PLLC

By: s/Michael S. Pemberton
    Michael S. Pemberton, BPR # 011095
    9539 Kingston Pike
    Knoxville, TN 37922
    (865) 531-3000
    **Attorneys for Plaintiffs Douglas B. Walker**
    **and Lisa Walker**

TENNESSEE VALLEY AUTHORITY

By:  s/Thomas A. Robins
     Thomas A. Robins, BPR # 021228
     400 West Summit Hill Drive
     Knoxville,TN 37902-1499
     **Attorneys for Defendant, Tennessee Valley Authority**